# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

Tiffini Davis;

    Plaintiff,

V.                                Case No. 4:22-cv-00698-RK

Kansas City Area Transportation Authority;

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    KCATA's motion to dismiss (Doc. 9) is GRANTED and Plaintiff's claims are DISMISSED with prejudice.

    **IT IS SO ORDERED.**

Dated: April 27, 2023                 /s/ Paige Wymore-Wynn
                                                Clerk of the Court

Entered: May 1, 2023                 /s/ LaTandra Wheeler
                                                Deputy Clerk